WILEY *v.* LOGAN.

*Scire facias* to have execution on a justice's transcript against lands. *Held,*
1. That the *scire facias* need not aver that the justice was informed that the
defendant had lands; 2. That it is no objection to the *scire facias*, that the
execution of the justice is stated to have been directed to a special consta-
ble; 3. That an averment that the judgment is in force is not necessary.

ERROR to the *Hendricks* Circuit Court.

BLACKFORD, J.—*Scire facias*, issued by the clerk of the
Circuit Court, to show cause why an execution should not
issue on the transcript of a justice's judgment filed in the
clerk's office. Demurrer to the *scire facias*, and the demur-
rer sustained.

Three objections are made to the *scire facias*.

First, that there is no averment that the justice was in-
formed that the defendant had lands. Such a statement is
unnecessary. If such information must be given to the jus-
tice, it will be presumed, from his furnishing the transcript,
that the information was given.

The second objection is, that the *scire facias* does not
show that the justice had issued an execution to the proper
constable, as is required by the statute. It appears by the
*scire facias*, that an execution had issued to a special consta-
ble; and that is sufficient. It must be presumed that the
constable had been legally appointed.

It is objected in the third place, that the *scire facias* does
not aver the judgment to be in force. Such an averment is
unnecessary. If the judgment be paid or reversed, the de-
fendant must show it. 1 Chitt. Pl. 404.

*Per Curiam.*—The judgment is reversed with costs. Cause
remanded, &c.

*C. C. Nave*, for the plaintiff.
*C. Fletcher* and *O. Butler*, for the defendant.